Fill in this information to identify the case:

Debtor name: Collision Express Holdings, L.P.
United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cintas Corporation<br>5570 Ridge Ave.<br>Cincinnati, OH 45213 | | | | | | $8,685.28 |
| PPG Paints<br>19699 Progress Dr.<br>Strongsville, OH 44149 | | | | | | $32,309.00 |
| Sherwin-Williams Automotive<br>4440 Warrensville Center Road<br>Warrensville Heights, OH 44128 | | | | | | $35,974.52 |
| Sherwin-Williams Automotive<br>4440 Warrensville Center Road<br>Warrensville Heights, OH 44128 | | | | | | $3,642.86 |